Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 8330 | **DATE** | 11/26/2001 |
| **CASE TITLE** | USA vs. Juan Perez | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Perez' motion for reconsideration is denied. (4-1)
(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| ✓ | Notices mailed by judge's staff. | | NOV 27 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 01 NOV 26 PM 4: 21 | 11/26/2001 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
       v.                 )   No.  01 C 8330
                          )        (98 CR 399-3)
JUAN PEREZ, #10123-424,   )
                          )
            Defendant.    )

DOCKETED
NOV 27 2001

## MEMORANDUM ORDER

Following the issuance of this Court's November 2, 2001 memorandum opinion and order ("Opinion") denying the 28 U.S.C. §2255 ("Section 2255") motion filed by Juan Perez ("Perez") to challenge the conviction on which he is now serving a 200-month sentence, Perez has filed a "Motion for Reconsideration from Final Judgment of a 28 U.S.C. §2255 Petition." For the reasons briefly stated here, that motion for reconsideration is also denied.

It could well suffice for such denial to say that Perez has really done nothing more than to repeat the same arguments that he made in his original Section 2255 motion and that this Court found wanting in the Opinion. Such disagreement with a court's ruling for the same reasons that were advanced the first time around is not a proper basis for seeking reconsideration. That is the teaching that was so well articulated in <u>Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.</u>, 99 F.R.D. 99, 101 (E.D. Va. 1983) and that has been confirmed many times over by courts

everywhere, including this Court and (more importantly) our Court of Appeals.

But the current motion is wanting not just on that procedural ground, but also because it too is substantively mistaken on the merits for the very reasons that the Opinion set out. Just a few words should be added because Perez mistakenly believes that this Court has not paid sufficient heed to the multitude of cases that he has cited and quoted, both in his original motion and in the current one. What Perez fails to recognize is that it is not enough to quote past decisions accurately if those quotations (and the decisions themselves) simply do not apply to the case at hand, and that is the situation here. That is why there is no good purpose to be served by going through the mass of Perez' inapropos references to authorities.

As stated in the Opinion and as confirmed in this follow-up, Perez has not identified any constitutional defect in his conviction. Accordingly his motion for reconsideration is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 26, 2001